JOSEPH A. WELCH, ESQ. STATE BAR NO. 119312
Law Offices of
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Telecopier: (916) 444-8702

Attorney for Defendant ARMENAK AVAGYAN

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00169 KJM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO DECEMBER 8, 2011, AND EXCLUDING TIME** |
| vs. | |
| ARMENAK AVAGYAN, a.k.a. ALEX SAMS, | |
| Defendant. | |

    Defendant Armenak Avagyan, by and through his attorney, Joseph A. Welch, and Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew G. Morris, hereby stipulate as follows:

    The parties agree that the case be continued to December 8, 2011.  The parties request the continuance based on the following facts, which the parties believe demonstrate good cause to support the appropriate finding under the Speedy Trial Act:

    a)    The parties continue to work on determining the bounds of a possible resolution of the case without trial; the requested continuance will allow the parties to continue their efforts to resolve the case,  allow for additional recently scheduled meetings between the parties to take place, and give the defense time to further consider and respond to the pending government offer.

////

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO DECEMBER 8, 2011, AND EXCLUDING TIME**

-1-

b) The required continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government or the defense to obtain available witnesses.

For purposes of continuing the date under the Speedy Trial Act by which Defendant's trial must commence, the parties agree that the time period of October 27, 2011 to December 8, 2011, inclusive, should be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) because the delay results from a continuance granted by the Court at Defendant's request, without government objection, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: October 25, 2011 /s/ Matthew G. Morris_(as authorized 10/25/11__
MATTHEW G. MORRIS
Assistant United States Attorney

DATED: October 25, 2011 /s/ Joseph A. Welch_____
JOSEPH A. WELCH
Attorney for Defendant
ARMENAK AVAGYAN

The court finds excludable time through December 8, 2011, based on Local Code T4, giving counsel reasonable time to prepare, and finds that the ends of justice served by excluding time outweigh the interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

**Date: 10/25/2011**

_____
UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE TO DECEMBER 8, 2011, AND EXCLUDING TIME**
-2-